UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA            2:21-cr-00147-JAD-DJA

vs.                                 MINUTES OF THE COURT

JAMES BATES                         DATE: 8/17/2021


PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Danielle Cacciabaudo        REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Stephanie Ihler and Andrew Duncan (also at counsel table is S.A. Judy Wu)

COUNSEL FOR DEFENDANT(S): Jawara Griffin and Heidi Ojeda

PROCEEDINGS: **Jury Trial - Day 1**

9:05 AM Court convenes outside the presence of the jury. Defendant is present in custody with no form of restraints.

The Court places her findings and conclusions on the record on defendant's Motions in Limine [ECF No. 48 and 49]. As stated on the record, the motion at ECF No. 48 is DENIED and the motion at ECF No. 49 is DENIED without prejudice.

Housekeeping matters are discussed. Discussion is held regarding the stipulations that the parties have reached.

9:25 AM Court stands at recess.

10:18 AM Court reconvenes.

10:37 AM  52 prospective jurors enter the courtroom.

The Court makes opening remarks, introduces the staff, has counsel introduce themselves and gives a brief summary of the case to the prospective jurors. The prospective jurors are sworn, and voir dire commences.

12:05 PM Prospective jury is admonished and excused for a morning break. Court stands at recess.

12:18 PM Court reconvenes in the presence of the prospective jury. All parties are present.

Voir dire continues.  Counsel passes for cause.

1:00 PM Peremptory challenges are exercised outside the presence of the jury.

1:45 PM Court reconvenes.

Defense makes an oral Batson challenge. Arguments are presented. As stated on the record, the Court OVERRULES his challenge.

1:50 PM The prospective jury reenter the courtroom.

Unselected jurors are excused. Selected jurors are sworn.

The Court instructs the jury on the elements of the offense and the order of trial proceedings.

3:30 PM Court reconvenes outside the presence of the jury.  All parties are present.

Discussion is held regarding Governments exhibits. As stated on the record, **EXHIBITS 2, 3, 9 and 16 (video only)** are marked and admitted into evidence.

3:47 PM Jury enters the courtroom.

The Court finishes instructing the jury on the elements of the offense and the order of trial proceedings.

Opening arguments are presented on behalf of the Government by Mr. Duncan and on behalf of the defendant by Mr. Griffin.

**VERONICA LAWRENCE**, is sworn and testifies on direct examination on behalf of the Government by Ms. Ihler. **EXHIBITS 7A-C** are marked and admitted into evidence. Cross examination is conducted by Mr. Griffin. Witness is excused subject to recall.

4:50 PM Jury is admonished and excused for the evening. Court adjourns. Defendant is remanded to custody.

**Jury Trial continued to Wednesday, August 17, 2021, at 9:00 AM in Courtroom 6B before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Danielle Cacciabaudo, Deputy Clerk