UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA	2:21-cr-00147-JAD-DJA

vs.	MINUTES OF THE COURT

JAMES BATES	DATE: 8/18/2021

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Danielle Cacciabaudo	REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Stephanie Ihler and Andrew Duncan (also at counsel table is S.A. Judy Wu)

COUNSEL FOR DEFENDANT(S): Jawara Griffin and Heidi Ojeda

PROCEEDINGS: **Jury Trial - Day 2**

9:00 AM Court convenes outside the presence of the jury. Defendant is present in custody with no form of restraints.

9:08 AM Jury enters the courtroom.

**BRYAN MOORE**, is sworn, and testifies on direct examination on behalf of the Government by Ms. Ihler. **EXHIBITS 8, 12 and 13** are marked and admitted into evidence. Cross examination is conducted by Mr. Griffin.

10:36 AM Jury is admonished and excused for the morning break.

10:45 Court stands at recess.

11:00 Court reconvenes in the presence of the jury. All parties are present.

Being previously sworn, **Bryan Moore** resumes the stand on cross examination by Mr. Griffin. **EXHIBIT 100** is marked and admitted into evidence. Redirect is conducted by Ms. Ihler. Recross is conducted by Ms. Ihler. Witness is excused subject to recall.

11:35 AM Jury is admonished and excused for the lunch break.

Discussion is held on defendant's Motion to Limit Expert Testimony [ECF No. 58].

11:52 AM Court stands at recess.

1:08 PM Court reconvenes outside the presence of the jury.  All parties are present.

As stated on the record, the Court DENIES defendant's Motion to Limit Expert Testimony [ECF No. 58].

1:15 PM Jury enters the courtroom.

**DANIEL HARRIS**, is sworn and testifies on direct examination on behalf of the Government by Mr. Ihler. As stated on the record, this witness is qualified as an expert. **EXHIBITS 14 D-R** are marked as demonstrative purposes only.  Cross examination is conducted by Ms. Ojeda. **EXHIBIT 102** is marked for demonstrative purposes only. Witness is excused.

2:25 PM Jury is admonished and excused for an afternoon break.  Court stands at recess.

2:38 PM Court reconvenes in the presence of the jury. All parties are present.

**JOHN ALLESSIO**, is sworn and testifies on direct examination on behalf of the Government by Mr. Duncan. **EXHIBITS 4B-C and 5** are marked and admitted into evidence. **Exhibit 4A** is marked but not admitted. Redirect is conducted by Mr. Duncan. Witness is excused.

3:33 PM Jury is admonished and excused from the courtroom.

3:48 PM Jury reenters the courtroom.

**BRYAN MOORE**, is resworn and testifies on direct examination on behalf of the Government by Ms. Ihler. **EXHIBITS 1, 6A-B, 17A-M, 18-21** are marked and admitted into evidence. 6C is marked but not admitted. Cross examination is conducted by Mr. Griffin.

4:50 Jury is admonished and excused for the evening.

Housekeeping matters are discussed.

4:57 PM Court adjourns.  Defendant is remanded to custody.

**Jury Trial continued to Thursday, August 19, 2021, at 9:00 AM in Courtroom 6B before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Danielle Cacciabaudo, Deputy Clerk