# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:21-cr-00147-JAD-DJA |
| Plaintiff | Order Striking Pro Se Motion Filed in Violation of Local Rule 11-6(a) |
| v. | |
| James Bates, | ECF No. 71 |
| Defendant | |

James Bates, a criminal defendant represented by counsel, has filed a pro se motion for new trial.[1] Bates cannot file motions on his own behalf at this time because he is represented by counsel. As Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to STRIKE Bates's pro se motion [ECF No. 71] from the docket. Defense counsel is directed to provide a copy of this order to Bates. If Bates believes that relief is necessary, he must ask his attorney to bring a motion on his behalf.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 3, 2021

---

[1] ECF No. 71.