# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:21-cr-00147-JAD-DJA |
|---|---|
| Plaintiff | |
| v. | **Order Striking Pro Se Motions Filed in Violation of Local Rule 11-6(a)** |
| James Bates, | |
| Defendant | ECF Nos. 81, 82 |

James Bates, a criminal defendant represented by counsel, has filed a Motion to Amend Motion for New Trial and Motion to Suppress Evidence [ECF Nos. 81, 82]. As this court has repeatedly explained to Bates,[1] he cannot file motions on his own behalf at this time because he is represented by counsel. As Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Regardless, there is no pending motion for new trial as Bates's counsel is in the process of preparing a motion for new trial, which is due by November 3, 2021. Accordingly, IT IS HEREBY ORDERED that **the Clerk of Court is directed to STRIKE Bates's pro se motions [ECF Nos. 81, 82] from the docket.** Defense counsel is directed to consider Bates's points contained in these motions when drafting the impending motion for new trial.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 22, 2021

---

[1] *See* ECF Nos. 72 (order), 79 (minutes).