# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES BATES,<br><br>    Defendant. | 2:21-cr-00147-JAD-DJA<br><br>**Order Granting First Stipulation to Continue Briefing Deadline**<br><br>ECF No. 95 |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the Government's deadline to file a response to the Defendant's Motion for a New Trial.

IT IS THEREFORE ORDERED that any response to Defendant's Motion for a New Trial (ECF No. 92), are due by December 9, 2021.

DATED: December 1, 2021.

_____
Jennifer A. Dorsey
United States District Judge