# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BATES,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00147-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 98 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the reply deadline currently due on Thursday, December 16, 2021 be vacated and continued to Monday, December 27, 2021.

　　　DATED this 20th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE