UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BATES,<br><br>Defendant. | Case No. 2:21-cr-00147-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 108 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the deadline to file a Reply to Response to Motion for New Trial be vacated and continued to February 10, 2022.

    DATED this 10th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE