# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BATES,<br><br>Defendant. | Case No. 2:21-cr-147-JAD-DJA<br><br>ORDER Granting Stipulation to Continue Motion Response Deadline<br><br>[ECF No. 143] |

ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties at ECF No. 143, and with good cause appearing, that the current Thursday, December 29, 2022, deadline for the United States' response to the defendant's Motion for New Trial Based on Newly Discovered Evidence at ECF No. 141 is continued to **Thursday, January 12, 2023**.

IT IS SO ORDERED.

Dated this December 27, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE