# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JAMES BATES,<br><br>       Defendant. | Case No. 2:21-cr-147-JAD-DJA<br><br>ORDER Rescheduling Evidentiary Hearing to Present Body Camera Footage and Provide Legal Authority<br><br>ECF No. 149 |

ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, and good cause appearing therefore, that the Wednesday, March 29, 2023, evidentiary hearing set by this Court's ORDER at ECF No. 148 is vacated and rescheduled to Tuesday April 4, 2023, at 11:00 a.m. in Las Vegas Courtroom 6D.

IT IS SO ORDERED.

Dated this March 24, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE