UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES BATES,<br><br>　　　　　　　　Defendant. | Case No.: 2:21-cr-00147-JAD-DJA-1<br><br>**ORDER APPOINTING NEW CO-COUNSEL** |

　　　Counsel for defendant James Bates has moved for an order appointing new co-counsel in this case for the purposes of trial. The motion seeking appointment of co-counsel, incorporated with ECF No. 161, explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed new co-counsel, Joshua Tomsheck, Esq., is a current member of the CJA panel.

　　　As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judicial Policies and Procedures, the Court finds that the appointment of an additional attorney in this extremely difficult case is necessary and is in the interests of justice.

　　　GOOD CAUSE APPEARING, it is hereby ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney Joshua Tomsheck, Esq. as co-counsel for defendant James Bates.

　　　**IT IS SO ORDERED.**

　　　DATED this 24th day of January 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2