TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BATES,<br><br>Defendant. | Case No. 2:21-cr-00147-JAD-DJA<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

1. The defendant is in custody and does not object to the continuance of the sentencing hearing.

2. The parties agree to the continuance of the revocation of supervised release hearing.

3. Counsel for defendant Bates was recently appointed to this case on December 10, 2024 (ECF 193) and is still becoming acclimated with the case.

4. Bates is also charged in *USA v. James Bates*, 2:24-cr-00257-CDS-MDC, which is presently scheduled for trial on June 16, 2025 (ECF No. 14), and the resolution of that matter is relevant to the revocation disposition of this case. Given this, it is requested that the revocation hearing occur at least thirty days after the trial in the aforementioned matter.

5. This is the second request for a continuance of the revocation of supervised release hearing.

///

///

**ORDER**

IT IS ORDERED that the revocation of supervised release hearing currently scheduled for March 17, 2025 at 11:00am, be vacated and continued to July 14, 2025 at the hour of 11:00 a.m.

DATED this 23rd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274