TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES BATES,<br><br>        Defendant. | Case No. 2:21-cr-00147-JAD-DJA<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW<br>AND ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

1. The defendants is incarcerated and does not object to the continuance.

2. The parties agree to the continuance.

3. Mr. Bates is also charged in *United States v. Bates, James 2:24-cr-00257-CDS-MDC* is scheduled for October 20, 2025. *See* ECF No. 30 in *United States v. Bates, James 2:24-cr-00257-CDS-MDC*. Resolution of that matter is relevant to the revocation disposition of this case. Given this, it is requested that the revocation hearing occur at least thirty days after the trial in the aforementioned matter.

4. This is the third request to continue the revocation of supervision hearing in this matter.

///

///

///

///

**ORDER**

IT IS ORDERED that the revocation of supervised release hearing currently scheduled for July 14, 2025, at 11:00 a.m., be vacated and continued to December 2, 2025, at the hour of 10:00 a.m.

DATED this 27th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE

- 4 -