LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for James Bates*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:21-CR-00147-JAD-DJA |
| vs. | ) **STIPULATION TO CONTINUE REVOCATION HEARING** |
| JAMES BATES, | ) (Fourth Request) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between SUE FAHAMI, Executive Assistant United States Attorney; and Assistant United States Attorney, ROBERT KNIEF, counsel for the United States of America; and Defendant JAMES BATES by and through his attorney, LUCAS GAFFNEY, ESQ., that the revocation hearing currently scheduled for December 2, 2025 (*See* ECF 205) be vacated and set to a date and time convenient to this Court, but no sooner than March 24, 2026 as trial in *United States v. James Bates* 2:24-cr-00257-CDS-MDC is scheduled for February 23, 2026. See ECF 44 in *United States v. James Bates* 2:24-cr-00257-CDS-MDC.

This stipulation is entered into for the following reasons:

1. Mr. Bates is currently incarcerated and does not object to the continuance.

1

2. The parties agree to the continuance.

3. Mr. Bates is also charged in *United States v. Bates, James* 2:24-cr-00257-CDS-MDC which is scheduled to begin trial on February 23, 2026. See ECF No. 44. Resolution of that matter is relevant to the disposition of this case as the primary basis for revocation is that Mr. Bates' allegedly committed the charged criminal offenses. As such, it is requested that the revocation hearing occur at least thirty days after the trial in the aforementioned matter.

4. This is the fourth request to continue the revocation of supervision hearing in this matter.

**IT IS SO STIPULATED** this 25th day of November 2025

*Respectfully submitted,*

/s/ *Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
*Attorney for James Bates*

SUE FAHAMI
Executive Assistant United States

/s/ *Robert Knief*
ROBERT KNIEF
*Attorney for the United States of America*

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 2, 2025, at 10:30 a.m., be vacated and continued to March 30, 2026 at 10:00 a.m.

DATED: 11/26/2025

**IT IS SO ORDERED.**

_____
THE HONORABLE JENNIFER DORSEY
UNITED STATES DISTRICT COURT JUDGE

2