LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for James Bates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       vs.<br><br>JAMES BATES,<br><br>       Defendant. | CASE NO:  2:21-CR-00147-JAD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED by and between ROBERT KNIEF, counsel for the United States of America; and Defendant JAMES BATES by and through his attorney, LUCAS GAFFNEY, ESQ., that the revocation hearing currently scheduled for March 30, 2026 (*See* ECF 210) be vacated and set to a date and time convenient to this Court, but no sooner than August 20, 2026 as trial in *United States v. James Bates* 2:24-cr-00257-CDS-MDC is scheduled for July 20, 2026. *See* ECF 53 in *United States v. James Bates* 2:24-cr-00257-CDS-MDC.

This stipulation is entered into for the following reasons:

1.  Mr. Bates is currently incarcerated and does not object to the continuance.

2.  The parties agree to the continuance.

1

3. Mr. Bates is also charged in *United States v. Bates, James* 2:24-cr-00257-CDS-MDC which is scheduled to begin trial on July 20, 2026. See ECF No. 53. Resolution of that matter is relevant to the disposition of this case as the primary basis for revocation is that Mr. Bates' allegedly committed the charged criminal offenses. As such, it is requested that the revocation hearing occur at least thirty days after the trial in the aforementioned matter.

4. This is the fourth request to continue the revocation of supervision hearing in this matter.

   **IT IS SO STIPULATED** this 23rd day of March 2026

*Respectfully submitted,*

/s/ Lucas Gaffney                              By: /s/ Robert Knief
LUCAS J. GAFFNEY, ESQ.                    ROBERT KNIEF
*Attorney for James Bates*                    *Attorney for the United States of America*


IT IS ORDERED that the revocation hearing scheduled for March 30, 2026, at 10:00 a.m., is vacated and continued to August 3, 2026, at 10:00 a.m.


  DATED: 3/23/2026                        **IT IS SO ORDERED.**

_____
Jennifer A. Dorsey
United States District Judge

2