LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for James Bates*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BATES,<br><br>Defendant. | CASE NO: 2:21-CR-00147-JAD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED by and between ROBERT KNIEF, counsel for the United States of America; and Defendant JAMES BATES by and through his attorney, LUCAS GAFFNEY, ESQ., that the revocation hearing currently scheduled for August 3, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than December 2, 2026, as trial in *United States v. James Bates* 2:24-cr-00257-CDS-MDC is scheduled for October 19, 2026. *See* ECF 62 in 2:24-cr-257.

This stipulation is entered into for the following reasons:

1. Mr. Bates is charged in 2:24-cr-257.which is scheduled to begin trial on October 19, 2026. Resolution of that matter is relevant to the disposition of this case as the primary basis for revocation is that Mr. Bates' allegedly committed the charged criminal

offenses. As such, it is requested that the revocation hearing occur at least thirty days after the trial in the aforementioned matter concludes.

2. The government is not opposed to the continuance.
3. Mr. Bates is currently in custody and has not indicated an objection to continuing the matter. However, counsel for Mr. Bates has not communicated with him since May 13, 2026, when the court found a conflict in the attorney-client relationship and granted Mr. Bates' Motion to Disqualify Counsel. *See* ECF 59 in 2:24-cr-257.
4. Based on the court's finding of a conflict in case 2:24-cr-257, counsel filed a motion to withdraw from the instant case. *See* ECF 213. Counsel submits the conflict and the pending motion to withdraw as the attorney of record for Mr. Bates constitutes good cause to continue the forthcoming revocation hearing.
5. This is the sixth request to continue the revocation of supervision hearing in this matter.

**IT IS SO STIPULATED** this 31st day of July 2026

*Respectfully submitted,*

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
*Attorney for James Bates*

By: */s/ Robert Knief*
ROBERT KNIEF
*Attorney for the United States of America*

IT IS ORDERED the revocation hearing set for August 3, 2026, is vacated and continued to November 2, 2026, at 11:30 a.m.

DATED: 7/31/2026

THE HONORABLE JENNIFER DORSEY
UNITED STATES DISTRICT COURT JUDGE