JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant BATES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BATES,<br><br>Defendant. | ) | Case no: 2:21-cr-147-JAD-DJA |

## STIPULATION AND ORDER TO CONTINUE HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JAMES BATES and ROBERT KNIEF, Assistant United States Attorney, that hearing currently scheduled for November 3, 2026, be vacated and reset.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.
2. Counsel for the defendant is in trial at that date and time. The trial is set to commence on November 2, 2026 and should last approximately three days.
3. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing.

This is the first request for continuance filed herein.

DATED: October 30, 2026,

_/S/Jess R. Marchese
JESS R MARCHESE, ESQ.
601 S. Rancho Dr. B-14
Las Vegas, Nevada 89106
Attorney for Defendant

_/S/ Robert Knief
ROBERT KNIEF, ESQ.
Assistant United States Attorney
501 LV Blvd. South. #1100
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant BATES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BATES,<br><br>Defendant. | Case no: 2:21-cr-147-JAD-DJA |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.
2. Counsel for the defendant is in trial at that date and time. The trial is set to commence on November 2, 2026 and should last approximately three days.
3. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing.

This is the first request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for November 3, 2026, be continued to **November 23, 2026, at 10:00 a.m.**

DATED this 2nd day of November, 2026.

**U.S. MAGISTRATE JUDGE**